PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: DAMON McCRAY                                    Cr.: 02-00209-001

Name of Sentencing Judicial Officer: William H. Walls

Date of Original Sentence: 05-13-03

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 16 months imprisonment; 3 years supervised release

Type of Supervision: Supervised Release                Date Supervision Commenced: 05-27-03

### PETITIONING THE COURT

[ ]   To extend the term of supervision for ____ Years, for a total term of ____ Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s)

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

The defendant is to be confined to his residence for a period of four (4) months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. *The costs of electronic monitoring shall be waived in this case.*

### CAUSE

The offender has been unemployed since the start of the supervision term in May 2003 and, as a result, he has made only a fraction of the required monthly fine payments. The offender has been referred to a number of job placement and staffing services, however he has not followed through with these directives. Moreover, the offender has tested positive for marijuana five times since March 2005, this not including his most recent positive drug test on September 20, 2005. On the same date, McCray was directed to attend NA meetings in Newark on a weekly basis. He has since failed to attend two of these meetings.

Respectfully submitted,

Donald L. Martenz, Jr.
U.S. Probation Officer
Date: January 18, 2006

THE COURT ORDERS:

- [✓] The Modification of Conditions as Noted Above
- [ ] The Extension of Supervision as Noted Above
- [ ] No Action
- [ ] Other

_____
Signature of Judicial Officer

_____
Date